# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

| | |
|---|---|
| **MINUTE OF PROCEEDINGS** | DATE: February 17, 2021 |
| **U.S. MAGISTRATE JUDGE GISELLE LOPEZ SOLER** | AUSA Marc S. Chattah |

UNITED STATES OF AMERICA

Plaintiff

v

EDSEL SAMUEL TORRES-CANCEL (1)
YOMISHEIKA MARIE MORALES-RIVERA (2)

Defendants

Return of
Indictment by the Grand Jury
Criminal No.   **21-CR-00041 (RAM)**

Indictment was filed in open court.

**Arraignment/Bail Hearing as to defendant #1 is set for February 18, 2021 at 11:00 AM before Magistrate Judge Marcos E. Lopez. Arraignment as to defendant #2 is set for February 18, 2021 at 11:00 AM before Magistrate Marcos E. Lopez.**

Case is assigned to Judge Raul M. Arias Marxuach.

**NEW CASE:**

- [ ] This Indictment supersedes Criminal Case No. --------.
- [x] Defendants have appeared in  21-MJ-00168. This case having been merged is hereby closed.
- [ ] Defendant(s) **has/have not** appeared in a magistrate case.
- [ ] The Court granted the government's motion to seal.
- [x] Defendant #2 is to remain on same bond.
- [x] Defendant #1 is under custody.  Marshal to produce defendant.
- [ ] Arrest warrants to be issued.
- [ ] Summons to be issued.
- [ ] Defendant(s) _____ Clerk to notify : (       ) Defendant   (     ) Sureties .

**S/Migdalia Garcia**
Courtroom Deputy Clerk