IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>[1] EDSEL SAMUEL TORRES-CANCEL,<br>[2] YOMISHEIKA MARIE MORALES-RIVERA,<br>Defendants | CRIM.NO. 21-041(RAM) |

<u>JOINT INFORMATIVE MOTION IN COMPLIANCE WITH ECF NO. 21</u>

TO THE HONORABLE COURT:

COMES NOW, the United States of America and Defendants, by and through the undersigned attorneys, and very respectfully state and pray as follows:

1. The United States has provided discovery to both defendants and is waiting to hear how defendants will proceed.

2. Defense counsel needs additional time to discuss discovery with defendants before engaging in plea negotiations.

3. The parties respectfully request a status conference in forty-five (45) days.

4. There is no objection to the tolling of the Speedy Trial Act until the next status conference in the interest of justice and in order to allow defendants to meet with counsel and discuss discovery.

WHEREFORE it is respectfully requested that this Honorable Court take notice of the parties' compliance with the Order issued at ECF No. 21.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this May 14, 2021.

| | |
|---|---|
| W. STEPHEN MULDROW<br>United States Attorney<br><br>/s/ Jeanette M. Collazo-Ortiz<br>Jeanette M. Collazo-Ortiz<br>USDC No: 226803<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>Torre Chardon, Suite 1201<br>350 Chardón Ave.<br>San Juan, PR 00918<br>jeanette.collazo@usdoj.gov | For [1] Edsel Samuel Torres-Cancel<br><br>/s/Giovanni Jose Canino-Sanchez<br>Giovanni Jose Canino-Sanchez<br>PO Box 6073<br>San Juan, PR 00914<br>787-210-5882<br>gcanino@gmail.com<br><br>For [2] Yomisheika Marie Morales-Rivera<br><br>/s/ Antonio L. Bisbal-Bultron<br>Antonio L. Bisbal-Bultron<br>Bisbal & Matos Estudio Legal<br>P.O. Box 9023851<br>Old San Juan Station<br>San Juan, PR 00902-3851<br>787-531-4416<br>bmlegalpr@gmail.com |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this same date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*s/ Jeanette M. Collazo-Ortiz*
Jeanette M. Collazo-Ortiz
USDC No: 226803