# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff*, | |
| vs. | CASE NO.: 21-041 (RAM) |
| EDSEL TORRES CANCEL<br>    *Defendant*. | |

## MOTION FOR CHANGE OF PLEA

TO THE HONORABLE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO:

**COMES NOW**, the defendant, represented by and through the undersigned attorney, states and prays as follows:

1. After careful consideration and consulting with counsel, the defendant moves this Honorable Court for a Change of Plea Hearing.

**WHEREFORE**, the defendant respectfully requests that this Honorable Court take notice of the information contained herein and schedule a Chane of Plea hearing.

**I HEREBY CERTIFY** that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all the parties of record.

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico, August 8, 2022.

S/*Giovanni J. Canino*
Giovanni J. Canino
Bar No. 225503
PO Box 6688
San Juan, PR 00914
gcanino@gmail.com